[No. 75633-8-I.   Division One.   December 12, 2016.]

MUTUAL OF ENUMCLAW INSURANCE COMPANY, *Appellant*, v.
MYONG SUK DAY, *Respondent*.

The opinion in the above captioned case, which appeared in the advance sheets at 197 Wn. App. 47, has not been published in the permanent bound volume pursuant to an order of the Court of Appeals dated February 6, 2017 denying one motion for reconsideration, granting one motion for reconsideration in part, withdrawing the opinion, and substituting a new opinion. See 197 Wn. App. 753.